Peter J. McKAY, Plaintiff and Appellant,

v.

Wilbur J. COHEN, Secretary, Health, Education and Welfare, for the United States of America, Appellee.

No. 26108.

United States Court of Appeals,
Ninth Circuit.

May 11, 1972.

Rehearing Denied June 12, 1972.

Peter J. McKay, Appellant (argued), for plaintiff-appellant.

Brewster Q. Morgan, Asst. U. S. Atty., (argued) Bruce Babcock, Asst. U. S. Atty., John P. Hyland, Dwayne Keyes, U. S. Atty., Sacramento, Cal., for appellee.

Before CHAMBERS, ELY and GOODWIN, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed.

Lonnie W. JENKINS, Petitioner,

v.

RAILROAD RETIREMENT BOARD, Respondent.

No. 71–3019.

United States Court of Appeals,
Fifth Circuit.

May 19, 1972.

John Lohmann, III, Houston, Tex., for petitioner.

* Judge Byron G. Skelton, U. S. Court of Claims, sitting by designation.

Myles F. Gibbons, Gen. Counsel, Railroad Retirement Board, Dale G. Zimmerman, Chicago, Ill., for respondent.

Before DYER, Circuit Judge, SKELTON,* Judge, and INGRAHAM, Circuit Judge.

PER CURIAM:

We are convinced that the Board's decision is supported by substantial evidence in the record and is not based on error of law.

Affirmed.